NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICOS VISION SYSTEMS CORPORATION N.V. AND ICOS VISION SYSTEMS, INC.,**
*Plaintiffs-Appellees,*

v.

**SCANNER TECHNOLOGIES CORPORATION,**
*Defendant-Appellant.*

---

2012-1268

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-0604, Judge Paul A. Crotty.

---

## ON MOTION

---

## ORDER

Upon consideration of ICOS Vision Systems Corporation N.V. and ICOS Vision Systems, Inc.'s motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

APR 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark S. Davies, Esq.
     Robert A. Huntsman, Esq.

s21

Issued As A Mandate:  APR 1 1 2012
                      _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK